JOHN W. HUBER, United States Attorney (#7226)
RICHARD W. DAYNES, Assistant United States Attorney (#5686)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: richard.daynes@usdoj.gov



IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>SIMONE KAUFUSI,<br><br>  Defendant. | INDICTMENT<br><br>VIO 18 U.S.C. § 922(g)(9)  Possession by a Prohibited Person of Ammunition (Misdemeanor Crime of Domestic Violence); Forfeiture Allegation<br><br>Case: 2:17-cr-00544<br>Assigned: Waddoups, Clark<br>Assign. Date : 9/20/2017<br>Description: USA v. |

The Grand Jury Charges:

## COUNT I
18 U.S.C. § 922(g)(9)
Possession by a Prohibited Person of Ammunition

On or about the 5th day of July, 2017, in the Central Division of the District of

Utah,

SIMONE KAUFUSI

the defendant herein, who had been convicted of a misdemeanor crime of domestic

violence, to wit: Assault, pursuant to Utah Code Ann. § 76-5-102, which conviction was

entered on November 15, 2010, in the Third District Court in Salt Lake County, Utah; did

knowingly possess in and affecting interstate commerce, 505 rounds of various calibers

of ammunition, said ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(9), and punishable pursuant to 18 U.S.C. § 924(a)(2).

## FORFEITURE ALLEGATION

As a result of the offenses in Count 1 of the Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1), all ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(g)(9) including but not limited to the following property:

- 505 rounds of various calibers of ammunition.

A TRUE BILL:

/s/
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

RICHARD W. DAYNES
Assistant United States Attorney

2